IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KERRY DONNELL PRICE                                                                           PLAINTIFF

V.                                          4:08cv00197 WRW

DR. STEWART, et al                                                                          DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice.

IT IS SO ORDERED this 4th day of June, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE